United States District Court
Northern District of California

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

MICHELLE LEVETTE COOK,

   Defendant.

Case No.: CR 01-40042-CW (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On June 29, 2001, Defendant Michelle Levette Cook was convicted of a violation of 18 U.S.C. § 1791(a)(2) (possession of heroin in federal prison). She was sentenced to 27 months of custody to run consecutive to the sentence in 96-60150-MRH-1, and three years of supervised release. Defendant's supervised release commenced on November 20, 2012.

The Form 12 presently before the Court alleges that Defendant violated the following conditions of her supervised release: possession of a firearm and association with a person convicted of a felony.

At the July 25, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender John Reichmuth, waived her right to proffer information at a detention hearing, while retaining her right to seek release at a later hearing should her circumstances change. Assistant United States Attorney Kevin Lin appeared on behalf of the United States. Probation officer Amy Rizor was also present.

The Court hereby detains Defendant, but because she has waived her right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: July 26, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge